**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| KWANG WEI HAN,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY OF LONG BEACH, et al.,<br><br>    Defendants. | Case No. CV 10-5040-SJO (MLG)<br><br>ORDER ACCEPTING AND ADOPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the complaint, the motion to dismiss, and all of the records and files herein and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts and adopts the findings and recommendations in the Report and Recommendation and ORDERS that the motion to dismiss filed by Defendants Kmart Corporation and Lucy Meno be GRANTED and that Kmart Corporation and Lucy Meno be dismissed from this action with prejudice.

August 9, 2011

Dated: _____

                                                            *S. James Otero*

                                                    _____<br>
                                                    S. James Otero<br>
                                                    United States District Judge