UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

KWANG WEI HAN,

    Plaintiff,

v.

CITY OF LONG BEACH, et al.,

    Defendants.

Case No. CV 10-5040-SJO (MLG)

ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed Plaintiff's motion for summary judgment, Defendants' opposition, and has conducted a de novo review of that portion of the Report and Recommendation of the United States Magistrate Judge to which objections were filed. The Court accepts the findings and recommendations in the Report and Recommendation and ORDERS that Plaintiff's motion for summary judgment be denied.

Dated: _November 21., 2011.

S. James Otero
United States District Judge