CHARLES PARKIN, City Attorney
HOWARD D. RUSSELL, Deputy City Attorney
State Bar No. 163595
333 West Ocean Boulevard, 11th Floor
Long Beach, California 90802-4664
Telephone:  (562) 570-2200
Facsimile:   (562) 436-1579
Email:        Howard.Russell@longbeach.gov

Attorneys for Defendants
CITY OF LONG BEACH
OFFICER MARK R. BRUNSON
OFFICER B. MURPHY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| KWANG-WEI HAN, | Case No.: CV10-05040 SJO (JCx) |
|---|---|
| Plaintiff, | |
| vs. | **PROTECTIVE ORDER** |
| CITY OF LONG BEACH, POLICE OFFICERS MARK R. BRUNSON, B. MURPHY, KMART CORPORATION, LUCY MENO, | |
| Defendants. | |

It appearing that information from the files of the Long Beach Police Department, requested by Plaintiff during discovery in this matter, is protected by the individual police officers' right of privacy and the Official Information Privilege, the Parties nevertheless wish to cooperate with discovery while protecting the interests of the police officers named as defendants herein, the parties agree that the following Protective Order shall apply to the information released by the Long Beach Police Department to the Plaintiff in this action.

     1.    Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of portions of the personnel files of defendant officers MARK R. BRUNSON and B. MURPHY, limited to each

1
PROTECTIVE ORDER
s:\jc\civil\han 10-5040 sjo\han- protective order.doc

officer's use-of-force history summary, and each officer's Internal Affairs history summary as it pertains to allegations of excessive use of force. The attorneys for the parties understand and agree that the production of the summaries is limited to the summary information available at the time of the request, and that the certain records may have been purged.

2. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of Internal Affairs case file 09-0218.

3. Attorneys for the parties shall receive from the Long Beach Citizens' Police Complaint Commission Custodian of Records copies of CPCC 09-0311.

4. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records a summary of job assignments for each defendant officer.

5. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of personnel evaluations for each of the defendant officers.

6. Attorneys for the parties shall receive from the Long Beach Police Department Custodian of Records copies of the POST training summary for defendant officers MARK R. BRUNSON and B. MURPHY.

7. Attorneys for the parties shall personally secure and maintain said copies in their possession to the end that said copies are to be used only for the purposes set forth below and for no other purpose.

8. Copies of the record shall only be used for preparing for and prosecuting or defending this case pending the completion of the judicial process including appeal, if any.

9. Copies of the records may be used in front of the jury only if so ordered by the court. Additionally, reference in front of the jury to the content of

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach, CA 90802-4664

any records, or the existence of any such record, shall only be made after so ordered by the Court.  The parties, however, may otherwise use copies of the records to prepare for trial, including – but not limited to - use of the records at depositions (under seal) and for law and motion practice.

10. If necessary in the judgment of the attorneys for the parties in this case, they may show or reveal the contents of the copies to their employees or agents, if the same may actively assist in the prosecution or defense of this case.

11. Plaintiff's attorneys may show or reveal contents of documents to their client, only in the event the documents describe or refer to incidents involving Plaintiff, and in no other instance.

12. Any depositions, during which the contents of copies of the records are part of the testimony or copies of the records are attached as exhibits, shall be sealed as to any confidential portions.

13. After completion of the judicial process in this case, attorneys for the parties shall return the above-referenced records to the Office of the City Attorney as attorney for the Custodian of Records for the Long Beach Police Department and shall retain no copy of such material in any form.

14. Attorneys for the parties shall cause the substance of this Order to be communicated to each person to whom the information is revealed in accordance with this Order.

15. The attorneys for the parties shall not cause or knowingly permit disclosure of the contents of the copies beyond the disclosure permitted under the terms and conditions of this Order, including but not limited to any news media which is inclusive of film or video, television, radio or print.

16. This order may be signed in counterparts.  A faxed signature shall serve with the same force and effect of an original signature.

The Court retains jurisdiction to modify this Protective Order and to make further Orders with respect to control and use of the information delivered to

the attorneys for the parties pursuant to this Order, including Orders as to the ultimate disposition of said copies while the judicial process is pending.

DATED:  September  4, 2014        CHARLES PARKIN, City Attorney

                                    /s/ Howard D. Russell

By: _____
    HOWARD D. RUSSELL
    Deputy City Attorney
Attorneys for Defendants
CITY OF LONG BEACH
OFFICER MARK R. BRUNSON
OFFICER B. MURPHY

DATED:  September 12 , 2014        BIRD MARELLA BOXER WOLPERT

                                NESSIM DROOKS & LICENBERG, APC

                                  /s/ Preston H. Lim

By: _____
    PRESTON H. LIM, Esq.
    Attorneys for Plaintiff
    KWANG-WEI HAN

    IT IS SO ORDERED except that Paragraph 28 of the current version of the Initial Standing Order for Cases Assigned to Judge S. James Otero (governing Protective Orders and Motions to Seal Documents) shall govern to the extent this Protective Order may be inconsistent therewith.

DATED:  September 17, 2014        _____/s/_____
    Honorable Jacqueline Chooljian
    United States Magistrate Judge

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach. CA 90802-4664