

JS-6

**FILED**
CLERK, U.S. DISTRICT COURT

November 10, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KWANG-WEI HAN,<br><br>          Plaintiff,<br><br>vs.<br><br>CITY OF LONG BEACH, POLICE OFFICERS MARK R. BRUNSON, B. MURPHY, KMART CORPORATION, LUCY MENO,<br><br>          Defendants. | Case No.:  CV10-05040 SJO (MLGx)<br><br>**JUDGMENT FOLLOWING DISMISSAL WITH PREJUDICE** |

On October 29, 2015, the third day of jury trial, while the jury was waiting to receive instructions and hear closing argument, plaintiff informed the Court that he was not willing to proceed with the trial and moved to withdraw the case without prejudice; the Court denied the motion.

Plaintiff then continued to state his desire to withdraw from the courtroom, despite repeated, unsuccessful attempts - over the course of nearly one hour - by the Court to persuade plaintiff to proceed.

Defendants moved the Court to dismiss the case with prejudice for plaintiff's failure to prosecute the action.  The Court, after fully explaining the consequences of the motion to plaintiff, and after giving plaintiff numerous chances to reconsider,

1

**[PROPOSED] JUDGMENT FOLLOWING DISMISSAL WITH PREJUDICE**

granted the motion and dismissed the case with prejudice under Fed.R.Civ.P. 41(b).

IT IS ORDERED:

1. That judgment be entered in favor of defendants CITY OF LONG BEACH, MARK BRUNSON, and BRENDAN MURPHY, against plaintiff, KWANG-WEI HAN;

2. That plaintiff KWANG-WEI HAN recover nothing; and

3. That defendant CITY OF LONG BEACH recover costs from plaintiff KWANG-WEI HAN.

DATED: November 10, 2015

_____
Hon. S. JAMES OTERO
United States District Judge

OFFICE OF THE CITY ATTORNEY
CHARLES PARKIN, City Attorney
333 West Ocean Boulevard, 11th Floor
Long Beach. CA 90802-4664

2

**[PROPOSED] JUDGMENT FOLLOWING DISMISSAL WITH PREJUDICE**